# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
03/04/2020
CT Log Number 537321320

**TO:**   Jennifer Lauro
The Hanover Insurance Group
N-430, 440 Lincoln St
Worcester, MA 01653-0002

**RE:**   **Process Served in New York**

**FOR:**   The Hanover Insurance Company  (Domestic State: NH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ARIZONA BEVERAGES USA LLC, PLTF. vs. HANOVER INSURANCE COMPANY, DFT. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT(S) |
| **COURT/AGENCY:** | Nassau County: Supreme Court, NY Case # 6149712019 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Courier on 03/04/2020 |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days: after the service of this summons, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | JONATHAN C. LERNER LERNER, ARNOLD & WINSTON, LP 475 PARK AVENUE SOUTH, 28th FLOOR NEW YORK, NY 10016 212-686-4655 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/04/2020, Expected Purge Date: 03/09/2020 |
| | Image SOP |
| | Email Notification,  Service of Process  ogclitmail@hanover.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 155 Federal St Ste 700 Boston, MA 02110-1727 |
| **For Questions:** | 800-448-5350 MajorAccountTeam1@wolterskluwer.com |

Page 1 of  1 / SV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SHIPPER
(000) 000-0000
NYS DFS
99 WASHINGTON AVE
ALBANY NY 12210

**6 LBS**          1 OF 1

SHIP
TO:     (000) 000-0000
CT CORPORATION SYSTEMS
28 LIBERTY STREET
**NEW YORK NY 10005**



# NY 102 9-09

## UPS GROUND
TRACKING #: 1Z 121 346 03 1000 2405



BILLING: P/P

CWU 13.6B Z2844Z 83.6V 12/2019



**NEW YORK STATE**
**DEPARTMENT** *of*
**FINANCIAL SERVICES**
ONE COMMERCE PLAZA
ALBANY, NY 12257

Mara Velasco
Hanover Insurance Company
c/o CT Corporation System 28 Liberty Street
New York, New York 10005



**NEW YORK**
STATE OF
OPPORTUNITY. | # Department of Financial Services

ANDREW M. CUOMO
Governor

LINDA A. LACEWELL
Superintendent

---

STATE OF NEW YORK

Supreme Court, County of NASSAU

614971/2019

ARIZONA BEVERAGES USA LLC,                            Plaintiff(s)

against

Defendant(s)

Hanover Insurance Company

RE :Hanover Insurance Company formerly known as Hanover Insurance Company, Inc.

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Notice of Petition in the above entitled action on February 25, 2020 at New York, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

LERNER, ARNOLD & WINSTON, LLP
475 PARK AVENUE SOUTH
28TH FLOOR
NEW YORK, New York 10016

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

Mara Velasco
Hanover Insurance Company
c/o CT Corporation System 28 Liberty Street
New York, New York 10005

**Ellen R Buxbaum**
**Special Deputy Superintendent**

Dated Albany, New York, March 02, 2020
633268

FILED: NASSAU COUNTY CLERK 10/28/2019 04:50 PM
NYSCEF DOC. NO. 1

INDEX NO. 614971/2019
RECEIVED NYSCEF: 10/28/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------------------------------X  Index No.:

ARIZONA BEVERAGES USA LLC,                                              Date purchased:
                                                                        Plaintiff designates
                                                                           NASSAU
                    Plaintiff,                                          County as the place of trial

              -against-                                                **SUMMONS**

HANOVER INSURANCE COMPANY,        *mb*                                  The basis of venue designated is:
                                  *2/24/2020*                           Plaintiff's Principal
                    Defendant.                                          Place of Business
------------------------------------------------------------------X

To the above named Defendant:

        **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to
serve a copy of your answer, or, if the complaint is not served with this summons, to serve a
notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this
summons, exclusive of the day of service (or within 30 days after the service is complete if this
summons is not personally delivered to you within the State of New York); and in case of your
failure to appear or answer, judgment will be taken against you by default for the relief
demanded in the complaint.

Dated: New York, New York
        October 28, 2019

                                        LERNER, ARNOLD & WINSTON, LLP
                                        Attorneys for Plaintiff

                                        By_____
                                              Johnathan C. Lerner
                                         475 Park Avenue South, 28th Floor
                                         New York, New York 10016
                                         212-686-4655

Defendant's Address:
HANOVER INSURANCE COMPANY, c/o Superintendent of Insurance

FILED: NASSAU COUNTY CLERK 10/28/2019 04:50 PM
NYSCEF DOC. NO. 1

INDEX NO. 614971/2019
RECEIVED NYSCEF: 10/28/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------X
ARIZONA BEVERAGES USA LLC,

               Plaintiff,

       vs.

HANOVER INSURANCE COMPANY,

               Defendant.
-------------------------------------------------------------------X

Index No.:

**COMPLAINT**

The plaintiff, ARIZONA BEVERAGES USA, LLC, by its attorneys, LERNER, ARNOLD & WINSTON, LLP, as and for its Complaint, allege upon information and belief as follows:

    1.    At all times hereinafter mentioned, plaintiff ARIZONA BEVERAGES USA LLC (hereinafter "plaintiff"), was and still is a domestic limited liability company, organized and existing under and by virtue of the laws of the State of New York, with its principal place of business located in the State of New York, County of Nassau.

    2.    At all times hereinafter mentioned, defendant HANOVER INSURANCE COMPANY (hereinafter "defendant") was and still is a foreign corporation, organized and existing under and by virtue of the laws of the State of New Hampshire, with its principal place of business located in the State of Massachusetts.

    3.    At all times hereinafter mentioned, the defendant is subject to the jurisdiction of this Court.



1

FILED: NASSAU COUNTY CLERK 10/28/2019 04:50 PM
NYSCEF DOC. NO. 1

INDEX NO. 614971/2019
RECEIVED NYSCEF: 10/28/2019

4.    At all times hereinafter mentioned, the defendant was authorized by the New York Superintendent of Insurance to issue policies of insurance within the State of New York, including the policy of insurance issued to the Plaintiff herein.

### AS AND FOR A FIRST CAUSE OF ACTION
**(Breach of Contract – Extra Expense)**

5.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in preceding paragraphs numbered "1" through "4", inclusive, with the same force and effect as though more fully set forth herein at length.

6.    Prior to October 29, 2017, for good and valuable consideration, Defendant issued to Plaintiff a policy of insurance bearing number RHY 9560593 05 (hereinafter referred to as "the Policy") with effective dates of coverage from May 31, 2017 to May 31, 2018, which policy insured Plaintiff against any extra expenses it incurred as the result of a loss sustained by virtue of an Equipment Breakdown to Covered Property.

7.    On or about October 29, 2017, while the aforementioned policy was in full force and effect, Plaintiff sustained an Equipment Breakdown loss to Covered Property.

8.    As a direct consequence of the Equipment Breakdown, Plaintiff incurred extra expenses that are covered under the Policy.

9.    Subsequent to October 29, 2017, Plaintiff submitted a claim to defendant seeking to be indemnified for the extra expenses incurred by virtue of the Equipment Breakdown to Covered Property.



2

FILED: NASSAU COUNTY CLERK 10/28/2019 04:50 PM

NYSCEF DOC. NO. 1

INDEX NO. 614971/2019

RECEIVED NYSCEF: 10/28/2019

10.    Notwithstanding the fact that the October 29, 2017 Equipment Breakdown loss to Covered Property was covered under the Policy, and despite the fact that plaintiffs have complied with all conditions precedent to coverage under the terms and conditions of the policy of insurance, Defendant has failed and refused to indemnify Plaintiff for the Extra Expenses incurred as a direct consequence of the Equipment Breakdown, despite the fact that same has been duly demanded.

11.    Defendant's failure to indemnify Plaintiff for the Extra Expenses incurred by virtue of the Equipment Breakdown to Covered Property resulting from the October 29, 2017 loss constitutes a breach of contract.

12.    As a result of defendant's breach of contract, Plaintiff has been damaged in a sum in excess of the jurisdictional limits of all lower Courts, with the precise amount to be determined at the trial of this action.

WHEREFORE, Plaintiff demands judgment on its First Cause of Action against defendant for breach of contract in a sum in excess of the jurisdictional limits of all lower Courts, with the precise amount to be determined at the trial of this action, with interest thereon from October 29,

LAW
NER·ARNOLD·WINSTON

3

FILED: NASSAU COUNTY CLERK 10/28/2019 04:50 PM    INDEX NO. 614971/2019
NYSCEF DOC. NO. 1                                      RECEIVED NYSCEF: 10/28/2019

2017, together with the costs and disbursements of this action, including reasonable attorney's fees.

Dated: New York, New York
        October 28, 2019

Yours, etc.

LERNER, ARNOLD & WINSTON, LLP
Attorneys for Plaintiffs

By _____
            Johnathan C. Lerner
475 Park Avenue South, 28th Floor
New York, New York 10016
(212) 686-4655

4

FILED: NASSAU COUNTY CLERK 10/28/2019 04:50 PM    INDEX NO. 614971/2019
NYSCEF DOC. NO. 1                                    RECEIVED NYSCEF: 10/28/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------------X    Index No.:
ARIZONA BEVERAGES USA LLC,                                                   Date purchased:
                                                                            Plaintiff designates
                                                                                NASSAU
                              Plaintiff,                                     County as the place of trial

                        -against-                                           **SUMMONS**

                                                                            The basis of venue designated is:
                                                                            Plaintiff's Principal
HANOVER INSURANCE COMPANY,                                                   Place of Business

                              Defendant.
-----------------------------------------------------------------------X

To the above named Defendant:

     **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
     October 28, 2019

                        LERNER, ARNOLD & WINSTON, LLP
                        Attorneys for Plaintiff

                        By_____
                            Jonathan C. Lerner
                        475 Park Avenue South, 28th Floor
                        New York, New York 10016
                        212-686-4655

Defendant's Address:
HANOVER INSURANCE COMPANY, c/o Superintendent of Insurance

LAW
NER·ARNOLD·WINSTON

FILED: NASSAU COUNTY CLERK 10/28/2019 04:50 PM
NYSCEF DOC. NO. 1

INDEX NO. 614971/2019
RECEIVED NYSCEF: 10/28/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
--------------------------------------------------------------------X
ARIZONA BEVERAGES USA LLC,

                Plaintiff,

        vs.

HANOVER INSURANCE COMPANY,

                Defendant.
--------------------------------------------------------------------X

Index No.:

**COMPLAINT**

      The plaintiff, ARIZONA BEVERAGES USA, LLC, by its attorneys, LERNER, ARNOLD & WINSTON, LLP, as and for its Complaint, allege upon information and belief as follows:

      1.     At all times hereinafter mentioned, plaintiff ARIZONA BEVERAGES USA LLC (hereinafter "plaintiff"), was and still is a domestic limited liability company, organized and existing under and by virtue of the laws of the State of New York, with its principal place of business located in the State of New York, County of Nassau.

      2.     At all times hereinafter mentioned, defendant HANOVER INSURANCE COMPANY (hereinafter "defendant") was and still is a foreign corporation, organized and existing under and by virtue of the laws of the State of New Hampshire, with its principal place of business located in the State of Massachusetts.

      3.     At all times hereinafter mentioned, the defendant is subject to the jurisdiction of this Court.

LAW
LNER · ARNOLD · WINSTON

1

FILED: NASSAU COUNTY CLERK 10/28/2019 04:50 PM
NYSCEF DOC. NO. 1

INDEX NO. 614971/2019
RECEIVED NYSCEF: 10/28/2019

4.    At all times hereinafter mentioned, the defendant was authorized by the New York Superintendent of Insurance to issue policies of insurance within the State of New York, including the policy of insurance issued to the Plaintiff herein.

### AS AND FOR A FIRST CAUSE OF ACTION
#### (Breach of Contract— Extra Expense)

5.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in preceding paragraphs numbered "1" through "4", inclusive, with the same force and effect as though more fully set forth herein at length.

6.    Prior to October 29, 2017, for good and valuable consideration, Defendant issued to Plaintiff a policy of insurance bearing number RHY 9560593 05 (hereinafter referred to as "the Policy") with effective dates of coverage from May 31, 2017 to May 31, 2018, which policy insured Plaintiff against any extra expenses it incurred as the result of a loss sustained by virtue of an Equipment Breakdown to Covered Property.

7.    On or about October 29, 2017, while the aforementioned policy was in full force and effect, Plaintiff sustained an Equipment Breakdown loss to Covered Property.

8.    As a direct consequence of the Equipment Breakdown, Plaintiff incurred extra expenses that are covered under the Policy.

9.    Subsequent to October 29, 2017, Plaintiff submitted a claim to defendant seeking to be indemnified for the extra expenses incurred by virtue of the Equipment Breakdown to Covered Property.


LAW
NER · ARNOLD · WINSTON

2

FILED: NASSAU COUNTY CLERK 10/28/2019 04:50 PM

NYSCEF DOC. NO. 1

INDEX NO. 614971/2019

RECEIVED NYSCEF: 10/28/2019

10.     Notwithstanding the fact that the October 29, 2017 Equipment Breakdown loss to Covered Property was covered under the Policy, and despite the fact that plaintiffs have complied with all conditions precedent to coverage under the terms and conditions of the policy of insurance, Defendant has failed and refused to indemnify Plaintiff for the Extra Expenses incurred as a direct consequence of the Equipment Breakdown, despite the fact that same has been duly demanded.

11.     Defendant's failure to indemnify Plaintiff for the Extra Expenses incurred by virtue of the Equipment Breakdown to Covered Property resulting from the October 29, 2017 loss constitutes a breach of contract.

12.     As a result of defendant's breach of contract, Plaintiff has been damaged in a sum in excess of the jurisdictional limits of all lower Courts, with the precise amount to be determined at the trial of this action.

WHEREFORE, Plaintiff demands judgment on its First Cause of Action against defendant for breach of contract in a sum in excess of the jurisdictional limits of all lower Courts, with the precise amount to be determined at the trial of this action, with interest thereon from October 29,

LAW
NER · ARNOLD · WINSTON

3

FILED: NASSAU COUNTY CLERK 10/28/2019 04:50 PM

NYSCEF DOC. NO. 1

INDEX NO. 614971/2019

RECEIVED NYSCEF: 10/28/2019

2017, together with the costs and disbursements of this action, including reasonable attorney's fees.

Dated: New York, New York
        October 28, 2019

Yours, etc.

LERNER, ARNOLD & WINSTON, LLP
Attorneys for Plaintiffs

By _____
        Johnathan C. Lerner
475 Park Avenue South, 28th Floor
New York, New York 10016
(212) 686-4655

LAW
NER · ARNOLD · WINSTON

4